

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

T. G. Davis, Trustee, Appellant

No. 06-13-00002-CV        v.

Samson Lone Star, LLC, Appellee

Appeal from the County Court at Law of Panola County, Texas (Tr. Ct. No. 2008-170). Memorandum Opinion delivered by Justice Carter, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted. Therefore, we dismiss the appeal.

We further order that the appellant, T. G. Davis, Trustee, pay all costs of this appeal.

RENDERED APRIL 16, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk